No. 89–7668.   HARRIS *v.* ALUMAX MILL PRODUCTS, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 89–7669.   MARTIN *v.* UNITED STATES DEPARTMENT OF EDUCATION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 89–7674.   WILLIAMS *v.* SOLANO, ACTING EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS.   C. A. 10th Cir.   Certiorari denied.

No. 89–7675.   PIMENTAL *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 89–7676.   DIEHL *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–7678.   SAUCIER ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 89–7681.   STRONG *v.* BLUTCHER ET AL.   C. A. 11th Cir. Certiorari denied.

No. 89–7685.   BASHAM *v.* OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 89–7686.   EVANS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–7689.   ELROD *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–7692.   COURTNEY *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   Dist. Ct. App. Fla., 3d Dist.   Certiorari denied.

No. 89–7694.   GREEN *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 89–7695.   FROST *v.* CALIFORNIA.   App. Dept., Super. Ct. Cal., Los Angeles County.   Certiorari denied.

No. 89–7696.   HISLOP *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 89–7697.   MAHDAVI *v.* CENTRAL INTELLIGENCE AGENCY. C. A. 9th Cir.   Certiorari denied.